UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

ALFREDO A HERRERA  Case No. 6:18-bk-00458
MARIELA E HERRERA  Chapter 7

    Debtor.
_____/

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT:** A preliminary hearing will be held on September 10, 2019 at 11:00 a.m. in Courtroom #6A on the 6th floor, 400 W Washington St, Orlando FL 32801, before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, to consider and act upon the following:

Application for Compensation for Arvind Mahendru, Trustee's Attorney [DE# 43]
Application for Compensation for Arvind Mahendru, Trustee [DE# 45]
Application for Compensation for BK Global and Century 21, Realtor [DE# 41]

    1. The hearing may be continued upon announcement made in open Court without further notice.

    2. Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand

by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

I HEREBY CERTIFY that on this 30th day of July 2019, at true and correct copy of the foregoing has been furnished by CM/ECF Electronic Mail or by US Mail to all parties listed below.

Alfredo A Herrera, Mariela E Herrera, 3950 RUNNING WATER DRIVE, ORLANDO, FL 32829; WALTER F BENENATI, via ECF

/s/ **Arvind Mahendru**
ARVIND MAHENDRU
5703 Red Bug Lake Rd. #284
Winter Springs Florida 32708
Telephone: (407) 504-2462
amtrustee@gmail.com