ORDERED.

Dated: **September 13, 2019**

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                                                    Case Number. 6:18-BK-00458-KSJ

Herrera, Alfredo A
Herrera, Mariela E                                                Chapter 7
_____Debtor(s)_____/

### ORDER ALLOWING ADMINISTRATIVE EXPENSES

THIS CASE came on for consideration on Trustee's Final Report (Doc. No. 46) and Application(s) for Compensation (Doc. No. 41, 43, 44, 45). The United States Trustee has reviewed the Trustee's Final Report. All creditors and parties in interest have been given notice and the opportunity for a hearing of all pending applications for compensation and all pending administrative claims. All objections, if any, are resolved. It is therefore,

**ORDERED:**

The following expenses of administration which have not been paid are allowed, and the trustee is directed to pay these expenses pro rata to the person(s) so indicated.

| Application or Reason | Fees | Expenses |
|---|---|---|
| Arvind Mahendru, Trustee | $2,750.00 | $848.62 |
| Arvind Mahendru, Esq., Attorney for Trustee | $2,310.00 | $0.00 |
| Steve M. Vanderwilt, Accountant for Trustee | $759.00 | $17.65 |

| | | |
|---|---|---|
| BK Global Real Estate Services, Realtor for Trustee | $750.00 | $0.00 |
| Century 21 Carioti, Realtor for Trustee | $250.00 | $0.00 |
| TOTAL COSTS OF ADMINISTRATION ORDERED PAID | | $7,685.27 |

The following expenses of administration which have been previously paid without entry by the court of a specific order authorizing payment of them are allowed as indicated:

NONE

The Trustee has reported to the Court that no remaining assets are susceptible of liquidation and that any remaining assets are burdensome and should be abandoned. That abandonment is authorized.

Trustee Arvind Mahendru is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.